*In re* INTEREST OF JEFFERY MAYFIELD *et al.*, Minors—(THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JEFFERY MAYFIELD *et al.*, Minors, Defendants-Appellants.)

(Nos. 57785-57786 cons.; )

First District (1st Division)—June 25, 1973.

PER CURIAM.

EGAN, J., took no part.

Kenneth L. Jones and Reginald D. Taylor, both of Defender Project, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman, Assistant State's Attorney, of counsel,) for the People.

THE CITY OF CHICAGO, Plaintiff-Appellee, *v.* JERRY IKIN, Defendant-Appellant.

(No. 55896; )

First District (4th Division)—June 27, 1973.